Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Grace Van Note, Esq. (CA S.B. #310160)
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com
Email: LegalDept@colevannote.com

*Attorneys for Representative Plaintiffs and the Plaintiff Class*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HOLLY FRALEY and NANCY COPLEY, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

LOEWS CORPORATION and LOEWS HOTELS HOLDING CORPORATION,

Defendants.

**Case No. 3:26-cv-03513-BAS-DEB**

**<u>CLASS ACTION</u>**

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this matter without prejudice.

Each party to bear their own costs and fees.

Dated: September 18, 2026 By: */s/ Scott Edward Cole*
Scott Edward Cole Esq. (CA S.B #160744)
**COLE & VAN NOTE**

*Attorneys for Representative Plaintiffs and the Plaintiff Class*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Scott Edward Cole*
Scott Edward Cole

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800